**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　　Rachel S Williams<br><br>　　　　　　Debtor(s) | Case No. 17 B 28767 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　1)　The case was filed on 09/26/2017.

　　　2)　The plan was confirmed on 11/20/2017.

　　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 02/27/2018, 05/23/2018.

　　　5)　The case was Dismissed on 07/09/2018.

　　　6)　Number of months from filing to last payment: 6.

　　　7)　Number of months case was pending: 13.

　　　8)　Total value of assets abandoned by court order:  NA .

　　　9)　Total value of assets exempted:  NA .

　　　10) Amount of unsecured claims discharged without payment: $0.00.

　　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,290.00 |
| Less amount refunded to debtor | $215.00 |
| **NET RECEIPTS:** | **$1,075.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,026.61 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $48.39 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,075.00** |
| Attorney fees paid and disclosed by debtor: | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Credit Acceptance | Unsecured | 11,520.00 | 17,410.28 | 17,410.28 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 2,566.00 | 2,565.91 | 2,565.91 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,588.00 | 1,587.74 | 1,587.74 | 0.00 | 0.00 |
| Assett Acceptance, LLC | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| At & T | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash Corporate | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Chex System | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citi Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 22,287.03 | 23,855.43 | 23,855.43 | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 2,497.13 | 2,987.53 | 2,987.53 | 0.00 | 0.00 |
| Credit Collection Serv | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service, Inc | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| EMP of Chicago LLC | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Forest Park Loan Company | Unsecured | 586.93 | 568.92 | 568.92 | 0.00 | 0.00 |
| Gentle Breeze Online | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 8,598.00 | 8,598.00 | 8,598.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 705.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,731.54 | 1,731.54 | 1,731.54 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 2,020.75 | 2,020.75 | 2,020.75 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 449.00 | 449.00 | 449.00 | 0.00 | 0.00 |
| John H. Stroger, Jr. Hospital of Cook Cour | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JVDB Asc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LaSalle Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Mercy Medical Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mount Sinai Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Pangea Ventures | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 674.46 | 674.46 | 674.46 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,662.00 | 353.98 | 353.98 | 0.00 | 0.00 |
| PNCBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 8,957.00 | 12,259.80 | 12,259.80 | 0.00 | 0.00 |
| Premier Bankcard LLC c/o Jefferson Capit | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 459.20 | NA | NA | 0.00 | 0.00 |
| R&B Receivables | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sir Finance Corp | Unsecured | 2,222.46 | 2,222.46 | 2,222.46 | 0.00 | 0.00 |
| Sprint | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| TMobile | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UIC Medical Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 5,827.93 | 5,827.93 | 0.00 | 0.00 |
| US Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park- Citations | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park Parking Tickets | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of Stone Park | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| West Bay Acq | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$83,113.73** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---:|
| Expenses of Administration | $1,075.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,075.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/22/2018          By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**